HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>NICHOLAS EDWARD COWLES, )<br>)<br>Defendant. )<br>) | No. CR20-098-RAJ<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |

THE COURT has considered the unopposed motion of the Defendant to continue the trial date and pretrial motions deadline and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DEADLINE
(*USA v. Cowles* / CR20-098-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(e) the additional time requested between the current trial date of October 5, 2020 and the new trial date is necessary to provide counsel for the defendant the reasonable time necessary to prepare for trial, considering counsel's schedule and all of the facts set forth above; and

IT IS THEREFORE ORDERED that Defendant's Motion to Continue Trial Date and Pretrial Motions Deadline (Dkt. #22) is GRANTED.  The trial date in this matter shall be continued to May 21, 2021.  All pretrial motions, including motions in limine, shall be filed no later than April 5, 2021.

IT IS FURTHER ORDERED that the period of delay from the date of this order to the new trial date of May 21, 2021, is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

DATED this 2nd day of September, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DEADLINE
(*USA v. Cowles* / CR20-098-RAJ) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100