THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NICHOLAS COWLES,<br><br>　　　　Defendant. | No. CR20-098-RAJ<br><br>ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING |

THE COURT has considered Defendant's unopposed motion to continue the sentencing hearing and the records and files herein, and finding good cause,

THE COURT GRANTS the motion (Dkt. 39). The sentencing hearing is continued from May 16, 2022 to July 29, 2022 at 9:00 a.m.

DATED this 15th day of April, 2022.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO
CONTINUE SENTENCING HEARING
(*USA v. Cowles* / CR20-098-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100