THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR20-098-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL |
| NICHOLAS COWLES, | |
| Defendant. | |

THIS MATTER has come before the undersigned on Defendant's motion to file Exhibits 1 and 2 to the unopposed motion to continue the sentencing hearing under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the documents under seal.

IT IS ORDERED that Defendant's Motion to Seal (Dkt. 40) is GRANTED. Exhibits 1 and 2 to Defendant's unopposed motion to continue the sentencing hearing (Dkt. 41) shall remain under seal.

DATED this 15th day of April, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL
(*USA v. Cowles* / CR20-098-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100