THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR20-098-RAJ |
| Plaintiff, | |
| v. | ORDER TO SEAL DOCUMENT |
| NICHOLAS COWLES, | |
| Defendant. | |

THIS MATTER has come before the Court upon Defendant's motion to file the supplemental attachment to Defendant's sentencing memorandum under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that the Motion to Seal (Dkt. 58) is GRANTED. The supplemental attachment to the sentencing memorandum shall remain under seal.

DATED this 5th day of August, 2022.

*Richard A. Jones*
RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

ORDER TO SEAL DOCUMENT
(*USA v. Cowles* / CR20-098-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100